**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19−21402−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Lisa A. Guido
   3143 New Hampshire Dr.
   Lower Burrell, PA 15068

Social Security No.:
   xxx−xx−1732

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Corey J. Sacca<br>Bononi & Company<br>20 North Pennsylvania Ave.<br>Greensburg, PA 15601<br>Telephone number:  724−832−2499 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number:  412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>June 17, 2019<br>09:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>June 17, 2019<br>09:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 5/16/19

BY THE COURT

Gregory L. Taddonio
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-21402-GLT
Lisa A. Guido                                                           Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: dkam              Page 1 of 2              Date Rcvd: May 16, 2019
                             Form ID: rsc13          Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2019.
```
db              +Lisa A. Guido,    3143 New Hampshire Dr.,    Lower Burrell, PA 15068-3547
15027907        +Allegheny Health Network,    PO Box 645266,    Pittsburgh, PA 15264-5250
15049594         American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                  Malvern  PA 19355-0701
15027908        +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
15035515        +Bayview Loan Servicing, LLC,    c/o McCabe, Weisberg & Conway, LLC,    Suite 1400,
                  123 South Broad Street,    Philadelphia, PA 19109-1060
15027913        +CMS East, Inc.,    400 Agnew Road,    Jeannette, PA 15644-3201
15027910        +Chase,    PO box 24696,    Columbus, OH 43224-0696
15027911        +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                  Saint Louis, MO 63179-0040
15027912        +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                  St Louis, MO 63179-0040
15027918         George J. Guido, Jr.,    3143 New Hampshire Drive,    New Kensington, PA 15068-3547
15027919         HarmarVillage Care Center,    715 Freeport Road,    Cheswick, PA 15024-1205
15027920        +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
15027922        +McKesson Patient Care Solutions, Inc.,    PO box 645034,    Pittsburgh, PA 15264-5034
15027926        +Phoenix Rehab,    430 Innovation Drive,    Blairsville, PA 15717-8096
15027927         Sirius XM Radio, Inc,    PO Box 9001399,    Louisville, KY 40290-1399
15027932        +Target,    C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
15027934         UPMC Health Services,    PO box 371472,    Pittsburgh, PA 15250-7472
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 17 2019 02:25:02      Pennsylvania Dept. of Revenue,
                  Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                  Harrisburg, PA  17128-0946
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 17 2019 02:27:09
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15027909        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 17 2019 02:27:36      Capital One,
                  Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15033905         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 17 2019 02:27:08
                  Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                  Charlotte, NC  28272-1083
15027914        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 17 2019 02:24:57
                  Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
15027915        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 17 2019 02:24:57      Comenitybank/hottpic,
                  Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
15027916        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 17 2019 02:24:57      Comenitybank/wayfair,
                  Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
15027917        +E-mail/Text: mrdiscen@discover.com May 17 2019 02:24:50      Discover Financial,    Po Box 3025,
                  New Albany, OH 43054-3025
15027921         E-mail/Text: cio.bncmail@irs.gov May 17 2019 02:24:54      Internal Revenue Service,
                  PO Box 21126,    Philadelphia, PA 19114
15051681        +E-mail/Text: bankruptcydpt@mcmcg.com May 17 2019 02:25:09      Midland Funding LLC,
                  PO Box 2011,    Warren, MI 48090-2011
15027923        +E-mail/Text: eluna@nuvisionfederal.org May 17 2019 02:25:10      Nuvision Fcu,
                  7812 Edinger Ave,    Huntington Beach, CA 92647-3727
15030653         E-mail/PDF: cbp@onemainfinancial.com May 17 2019 02:27:34      ONEMAIN,    P.O. BOX 3251,
                  EVANSVILLE, IN 47731-3251
15027924        +E-mail/PDF: cbp@onemainfinancial.com May 17 2019 02:27:35      OneMain Financial,
                  Attn: Bankruptcy Department,    601 Nw 2nd St #300,    Evansville, IN 47708-1013
15027925         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 17 2019 02:25:02      PA Department of Revenue,
                  Department 280946,    Harrisburg, PA 17128-0946
15039026         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 17 2019 02:25:02
                  Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                  Harrisburg PA  17128-0946
15030068         E-mail/Text: bnc-quantum@quantum3group.com May 17 2019 02:25:00
                  Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
15028384        +E-mail/PDF: gecsedi@recoverycorp.com May 17 2019 02:27:07      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15027928        +E-mail/PDF: gecsedi@recoverycorp.com May 17 2019 02:27:07      Synchrony Bank/ JC Penneys,
                  Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
15027929        +E-mail/PDF: gecsedi@recoverycorp.com May 17 2019 02:27:07      Synchrony Bank/Care Credit,
                  Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
15027930        +E-mail/PDF: gecsedi@recoverycorp.com May 17 2019 02:27:35      Synchrony Bank/Lowes,
                  Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
15027931        +E-mail/PDF: gecsedi@recoverycorp.com May 17 2019 02:27:36      Synchrony Bank/Sams,
                  Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
15027933        +E-mail/Text: bankruptcydepartment@tsico.com May 17 2019 02:25:22      Transworld Systems, Inc,
                  PO box 15273,    Wilmington, DE 19850-5273
                                                                                             TOTAL: 22
```

```
District/off: 0315-2           User: dkam              Page 2 of 2              Date Rcvd: May 16, 2019
                               Form ID: rsc13          Total Noticed: 39

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            BAYVIEW LOAN SERVICING, LLC
cr            Bayview Loan Servicing, LLC
                                                                              TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2019 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Ann E. Swartz    on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Corey J. Sacca    on behalf of Debtor Lisa A. Guido csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                              TOTAL: 6
```