IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| LISA A. GUIDO | : CASE NO. 19-21402-GLT |
| : | |
| | : |
| DEBTORS | : |
| | : |
| PENNSYLVANIA DEPARTMENT | : HEARING DATE AND TIME |
| OF REVENUE, | : OCTOBER 24, 2019 @ 10:00 a.m. |
| | : |
| MOVANT | : |
| | : |
| V. | : |
| | : |
| LISA A. GUIDO | : |
| | : |
| | : |
| RESPONDENT | : RELATED TO DOCKET NO. 25 |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF
REVENUE'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

I, Jim Peavler, certify under penalty of perjury that I served the above captioned pleading

Objection to Debtor's Chapter 13 Plan, on the parties at the below addresses, on June 24, 2019, by:

**19-21402-GLT Notice will be electronically mailed to:**

Alexandra Teresa Garcia at ecfmail@mwc-law.com, ecfmail@ecf.coutdrive.com

Corey J. Sacca at csacca@bononilaw.com, coreysacca@gmail.com; bankruptcy@bononilaw.com; bononiecfmail@gmail.com; r39887@notify.bestcase.com

Jim Peavler at RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us

Office of the United States Trustee at ustpregion03.pi.ecf@usdoj.gov

S. James Wallace at sjw@gmwpclaw.com, srk@gmwpclaw.com, PNGbankruptcy@peoples-gas.com

Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

Ann E. Swartz at ecf@mwc-law.com; ecfmail@ecf.courtdrive.com

James Warmbrodt at bkgroup@kmllawgroup.com

**19-21402-GLT Notice will not be electronically mailed to:**

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

EXECUTED ON:  June 24, 2019

                                  Respectfully submitted by,

By:    /s/ Jim Peavler
       Counsel
       PA Department of Revenue
       Office of Chief Counsel
       Dept. 281061
       Harrisburg, PA 17128-1061
       PA I.D.  320663
       Phone:  717-787-2747
       Facsimile:  717-772-1459
       jpeavler@pa.gov