# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** LISA A. GUIDO
**Case Number:** 19-21402-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, OCTOBER 24, 2019 10:00 AM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#6 - Final Confirmation of Plan Dated 4-4-19 (NFC)
#16 - Objection by Bayview Loan Servicing
#25 - PA - Dept. of Revenue
**R / M #:** 6 / 0

### Appearances:

**Debtor:** Sacca (signature)
**Trustee:** Winnecour / Pail / Katz / DeSimone
**Creditor:** Roschultz for Bayview (signature)

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 12/19/19 at 2:00 pm

*Handwritten note: Bayview objection. Cont'd for parties to try and resolve*

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

10/15/201! 4:32:21PM