# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** LISA A. GUIDO
**Case Number:** 19-21402-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, DECEMBER 19, 2019 02:00 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#6 - Continued Confirmation of Plan Dated 4-4-2019 (NFC)
R / M #:  6 / 0

### Appearances:

**Debtor:** Sacca
**Trustee:** Winnecour / Pail / Katz / (DeSimone)
**Creditor:** Bayview: Pawlowich

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ___✓___ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to  2-6-20  at  10:30 .

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Cont for treatment of mortgage

12/9/2019   3:33:43PM