# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: LISA A. GUIDO
- Case Number: 19-21402-GLT
- Chapter: 13
- Date / Time / Room: THURSDAY, FEBRUARY 06, 2020 10:30 AM 3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#6 - Continued Confirmation of Plan Dated 4/4/2019 (NFC)
R / M #: 6 / 0

**Appearances:**

Debtor: Sacca
Trustee: Winnecour / Pail / (Katz) / DeSimone
Creditor: Roschak for Bayview

Need amended plan with the begin date of mortgage in the plan

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. __✓__ An Amended Plan is to be served on all creditors and certificate of service filed by __2/27/20__
   Objections are due on or before __3/27/20__
   A hearing on the Amended Plan is set for __4/9/20__ at __2:30 pm__.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

**FILED**

FEB -6 2020

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

1/29/2020  3:32:12PM