**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER NO. 13 |
| | : | |
| LISA A. GUIDO, | : | CASE NO. 19-21402-GLT |
| | : | |
| DEBTOR | : | OBJECTION TO AMENDED |
| | : | PLAN |
| | : | |
| | : | CONCILIATION CONFERENCE |
| PENNSYLVANIA DEPARTMENT | : | June 25, 2020 @ 3:00 p.m. |
| OF REVENUE, | : | |
| | : | |
| MOVANT | : | |
| | : | |
| V. | : | |
| | : | |
| LISA A. GUIDO, | : | |
| | : | |
| RESPONDENT | : | RELATED TO DOCKET NO. 42 |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT
OF REVENUE'S OBJECTION TO DEBTOR'S AMENDED CHAPTER 13 PLAN
DATED FEBRUARY 26, 2020

    I, Jim L. Peavler, certify under penalty of perjury that I served the above captioned pleading Objection to Debtors' Chapter 13 Plan, on the parties at the below addresses, on April 20, 2020 by:

**19-21402-GLT Notice will be electronically mailed to:**

Alexandra Teresa Garcia on behalf of Creditor Bayview Loan Servicing, LLC
ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Jim Peavler on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us

Corey J. Sacca on behalf of Debtor Lisa A. Guido
csacca@bononilaw.com,
coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com

Ann E. Swartz on behalf of Creditor Bayview Loan Servicing, LLC
ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

James Warmbrodt on behalf of Creditor BAYVIEW LOAN SERVICING, LLC
bkgroup@kmllawgroup.com

James Warmbrodt on behalf of Creditor Bayview Loan Servicing, LLC
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**19-21402-GLT Notice will not be electronically mailed to:**
Note: Paper service will not be effectuated because the Commonwealth has implemented a telework quarantine policy, and traditional mail services are currently unavailable.

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

                         Respectfully submitted by:
                         /s/    Jim Peavler
                         Jim Peavler
                         Counsel
                         PA Department of Revenue
                         Office of Chief Counsel
                         P.O. Box 281061
                         Harrisburg, PA 17128-1061
                         PA I.D. # 320663
                         Phone: 717-787-2747
                         Facsimile: 717-772-1459
                         Email: jpeavler@pa.gov