# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lisa A. Guido<br>　　　　　　　　　Debtor(s)<br><br>BAYVIEW LOAN SERVICING, LLC<br>　　　　　　　　　Movant<br>　　vs.<br><br>Lisa A. Guido<br>　　　　　　　　　Debtor(s)<br><br>George J. Guido<br>Ronda J. Winnecour,<br>Additional Respondents | BK NO. 19-21402 GLT<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE OF
### Default Order on Motion for Relief from the Automatic Stay

I, James C. Warmbrodt, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on May 15, 2020, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Lisa A. Guido
3143 New Hampshire Drive
Lower Burrell, PA 15068

Co-Debtor(s)
George J. Guido
3143 New Hampshire Drive
Lower Burrell, PA 15068

Attorney for Debtor(s)
Corey J. Sacca, Bononi & Company
20 North Pennsylvania Avenue
Greensburg, PA 15601

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: May 15, 2020

　　　　　　　　　　　　　　　　　　　　　　　**/s/James C. Warmbrodt, Esquire**
　　　　　　　　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 42524
　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　412-430-3594
　　　　　　　　　　　　　　　　　　　　　　　jwarmbrodt@kmllawgroup.com