FILED
7/1/20 2:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: LISA A. GUIDO
- Case Number: 19-21402-GLT     Chapter: 13
- Date / Time / Room: THURSDAY, JUNE 25, 2020 03:00 PM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#35 - Amended Plan Dated 2/26/2020 (NFC)
+Objections By: PA Department of Revenue
R / M #:  35 / 0

**Appearances:**

- Debtor: SACCA
- Trustee: Winnecour / Pail / (Katz) / DeSimone
- Creditor:

**Proceedings:**

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ____ Plan/Motion continued to _____ at _____.
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ____ Contested Hearing: _____ at _____.
10. _X_ Other: Debtor requests dismissal of case per counsel. Does not believe plan is feasible. Trustee consents to dismissal w/o prejudice

6/17/2020   11:15:26AM