Form 600a

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Lisa A. Guido** : | Case No. 19−21402−GLT |
| *Debtor(s)* : | Chapter: 13 |
| : | |
| *Movant(s),* : | |
| : | |
| v. : | Related to Document No. 35, 48 |
| : | |
| *Respondent(s).* : | Hearing Date: 7/29/20 at 10:00 AM |

**ORDER SCHEDULING DATES FOR RESPONSE**
**AND TELEPHONIC HEARING ON MOTION**

    *AND NOW,* this *The 1st of July, 2020*, a *Debtor's Oral Motion to Dismiss Case* having been filed at Doc. No. 48 by Debtor,

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1)   Pursuant to *Bankruptcy Rule 7004*, Counsel for the Moving Party shall ***IMMEDIATELY*** serve a copy of this *Order* and the *Motion* upon all parties from whom relief is sought, their counsel, the U.S. Trustee and all those identified on the Certificate attached to the *Motion*. Counsel for the Moving Party shall then file a *Certificate of Service*. **Failure to properly serve the Motion or file the Certificate may result in the dismissal of the Motion.**

    (2)   ***On or before July 24, 2020,*** any ***Response***, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 and served on the counsel for the Moving Party.

    (3)   This *Motion* is scheduled for a **telephonic**, non−evidentiary hearing on ***July 29, 2020*** at ***10:00 AM*** in Telephone Conference, Please consult procedures, Judge Taddonio's webpage at which time the parties and/or their counsel shall appear **telephonically** and the Court will dispose of the *Motion*. Parties or counsel of record who intend to participate in the hearing shall make arrangements as directed by the Judge's procedures on the Court's website.

    (4)   If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter an order by default. ***To determine if a default order has been entered, the Moving Party is directed to the Court's website at www.pawb.uscourts.gov, one day prior to the hearing. To view the calendar for Judge Gregory L. Taddonio refer to the calendar section.*** In the event a default order has been entered, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

    (5)   A maximum of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy ***IMMEDIATELY***.

    Dated: July 1, 2020

                                                             Gregory L. Taddonio, Judge
                                                             United States Bankruptcy Court

cm: All Parties on the Mailing Matrix

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                        Case No. 19-21402-GLT
Lisa A. Guido                                                                 Chapter 13
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0315-2           User: jhel                 Page 1 of 2                  Date Rcvd: Jul 01, 2020
                               Form ID: 600a              Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2020.
db             +Lisa A. Guido,    3143 New Hampshire Dr.,    Lower Burrell, PA 15068-3547
15027907       +Allegheny Health Network,    PO Box 645266,    Pittsburgh, PA 15264-5250
15049594        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
15027908       +Amex,    Correspondence,   Po Box 981540,    El Paso, TX 79998-1540
15035515       +Bayview Loan Servicing, LLC,    c/o McCabe, Weisberg & Conway, LLC,    Suite 1400,
                 123 South Broad Street,    Philadelphia, PA 19109-1060
15027913       +CMS East, Inc.,    400 Agnew Road,    Jeannette, PA 15644-3201
15027911       +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
15027912       +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 St Louis, MO 63179-0040
15058897       +Figi's Gifts,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
15027918        George J. Guido, Jr.,    3143 New Hampshire Drive,    New Kensington, PA 15068-3547
15027919        HarmarVillage Care Center,    715 Freeport Road,    Cheswick, PA 15024-1205
15027920       +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
15027922       +McKesson Patient Care Solutions, Inc.,    PO box 645034,    Pittsburgh, PA 15264-5034
15071767       +Nuvision Federal Credit Union,    440 E. 36th Ave.,    Anchorage, AK 99503-4136
15059048       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
15027926       +Phoenix Rehab,    430 Innovation Drive,    Blairsville, PA 15717-8096
15027927        Sirius XM Radio, Inc,    PO Box 9001399,    Louisville, KY 40290-1399
15027932       +Target,    C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
15027934        UPMC Health Services,    PO box 371472,    Pittsburgh, PA 15250-7472

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 02 2020 05:59:28
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15069692       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 02 2020 06:02:32
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1873
15027909       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 02 2020 05:59:18      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15033905        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 02 2020 05:58:32
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
15027914       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 02 2020 06:00:48
                 Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
15027915       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 02 2020 06:00:48      Comenitybank/hottpic,
                 Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
15027916       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 02 2020 06:00:48      Comenitybank/wayfair,
                 Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
15027917       +E-mail/Text: mrdiscen@discover.com Jul 02 2020 06:00:14      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
15058898       +E-mail/Text: bankruptcy@sccompanies.com Jul 02 2020 05:59:57      Figi's Gallery,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
15058899       +E-mail/Text: bankruptcy@sccompanies.com Jul 02 2020 06:03:13      Ginny's,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
15027921        E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 02 2020 06:00:33      Internal Revenue Service,
                 PO Box 21126,    Philadelphia, PA 19114
15027910        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 02 2020 05:59:13      Chase,    PO box 24696,
                 Columbus, OH 43224
15051681       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 02 2020 06:01:40      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
15027923       +E-mail/Text: eluna@nuvisionfederal.org Jul 02 2020 06:01:43      Nuvision Fcu,
                 7812 Edinger Ave,    Huntington Beach, CA 92647-3727
15030653        E-mail/PDF: cbp@onemainfinancial.com Jul 02 2020 05:59:02      ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
15027924       +E-mail/PDF: cbp@onemainfinancial.com Jul 02 2020 05:58:59      OneMain Financial,
                 Attn: Bankruptcy Department,    601 Nw 2nd St #300,    Evansville, IN 47708-1013
15027925        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 02 2020 06:01:22       PA Department of Revenue,
                 Department 280946,    Harrisburg, PA 17128-0946
15069384        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 02 2020 05:59:26
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15039026        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 02 2020 06:01:22
                 Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                 Harrisburg PA 17128-0946
15030068        E-mail/Text: bnc-quantum@quantum3group.com Jul 02 2020 06:01:01
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
15028384       +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2020 05:57:41      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15027928       +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2020 05:58:20      Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
```

```
District/off: 0315-2          User: jhel              Page 2 of 2              Date Rcvd: Jul 01, 2020
                              Form ID: 600a           Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
15027929       +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2020 05:59:05     Synchrony Bank/Care Credit,
                Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
15027930       +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2020 05:57:44     Synchrony Bank/Lowes,
                Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
15027931       +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2020 05:57:41     Synchrony Bank/Sams,
                Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
15027933       +E-mail/Text: bankruptcydepartment@tsico.com Jul 02 2020 06:02:44     Transworld Systems, Inc,
                PO box 15273,   Wilmington, DE 19850-5273
                                                                                             TOTAL: 26

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BAYVIEW LOAN SERVICING, LLC
cr              Bayview Loan Servicing, LLC
cr              PA Dept of Revenue
cr*            +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
15053959*      +Midland Funding LLC,   PO Box 2011,   Warren, MI 48090-2011
15059049*      +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Avenue,
                Pittsburgh, PA 15233-1828
                                                                               TOTALS: 3, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2020 at the address(es) listed below:
          Alexandra Teresa Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          Ann E. Swartz    on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          Corey J. Sacca    on behalf of Debtor Lisa A. Guido csacca@bononilaw.com,
           coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;
           3230706420@filings.docketbird.com
          James Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          Jim Peavler    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 9
```