Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Lisa A. Guido** : | Case No. 19−21402−GLT |
| *Debtor(s)* : | Chapter: 13 |
| : | |
| : | |
| : | |
| : | Related to Dkt. No. 49 |
| : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 28th of July, 2020,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                                      Case No. 19-21402-GLT
Lisa A. Guido                                                               Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0315-2          User: jhel                  Page 1 of 2                  Date Rcvd: Jul 28, 2020
                              Form ID: 309                Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 30, 2020.
db             +Lisa A. Guido,    3143 New Hampshire Dr.,    Lower Burrell, PA 15068-3547
15027907       +Allegheny Health Network,     PO Box 645266,    Pittsburgh, PA 15264-5250
15035515       +Bayview Loan Servicing, LLC,     c/o McCabe, Weisberg & Conway, LLC,    Suite 1400,
                 123 South Broad Street,     Philadelphia, PA 19109-1060
15027913       +CMS East, Inc.,    400 Agnew Road,    Jeannette, PA 15644-3201
15027911       +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,     Po Box 790040,
                 Saint Louis, MO 63179-0040
15058897       +Figi's Gifts,    c/o Creditors Bankruptcy Service,     P.O. Box 800849,    Dallas, TX 75380-0849
15027918        George J. Guido, Jr.,     3143 New Hampshire Drive,    New Kensington, PA 15068-3547
15027919        HarmarVillage Care Center,     715 Freeport Road,    Cheswick, PA 15024-1205
15027922       +McKesson Patient Care Solutions, Inc.,     PO box 645034,    Pittsburgh, PA 15264-5034
15071767       +Nuvision Federal Credit Union,     440 E. 36th Ave.,    Anchorage, AK 99503-4136
15059048       +Peoples Natural Gas Company LLC,     c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
15027926       +Phoenix Rehab,    430 Innovation Drive,    Blairsville, PA 15717-8096
15027927        Sirius XM Radio, Inc,     PO Box 9001399,    Louisville, KY 40290-1399
15027934        UPMC Health Services,     PO box 371472,    Pittsburgh, PA 15250-7472

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: PRA.COM Jul 29 2020 08:13:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15049594        EDI: BECKLEE.COM Jul 29 2020 08:13:00      American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
15027908       +EDI: AMEREXPR.COM Jul 29 2020 08:13:00      Amex,    Correspondence,    Po Box 981540,
                 El Paso, TX 79998-1540
15069692       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 29 2020 04:29:08
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1873
15027909       +EDI: CAPITALONE.COM Jul 29 2020 08:13:00       Capital One,
                 Attn: General Correspondence/Bankruptcy,     Po Box 30285,    Salt Lake City, UT 84130-0285
15033905        EDI: CAPITALONE.COM Jul 29 2020 08:13:00       Capital One Bank (USA), N.A.,
                 by American InfoSource as agent,    PO Box 71083,    Charlotte, NC 28272-1083
15027912       +EDI: CITICORP.COM Jul 29 2020 08:13:00      Citibank/The Home Depot,
                 Citicorp Cr Srvs/Centralized Bankruptcy,     Po Box 790040,    St Louis, MO 63179-0040
15027914       +EDI: WFNNB.COM Jul 29 2020 08:13:00      Comenity Bank/Victoria Secret,     Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
15027915       +EDI: WFNNB.COM Jul 29 2020 08:13:00      Comenitybank/hottpic,     Comenity Bank,   Po Box 182125,
                 Columbus, OH 43218-2125
15027916       +EDI: WFNNB.COM Jul 29 2020 08:13:00      Comenitybank/wayfair,     Comenity Bank,   Po Box 182125,
                 Columbus, OH 43218-2125
15027917       +EDI: DISCOVER.COM Jul 29 2020 08:13:00      Discover Financial,     Po Box 3025,
                 New Albany, OH 43054-3025
15058898       +EDI: CBSMASON Jul 29 2020 08:13:00      Figi's Gallery,     c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
15058899       +EDI: CBS7AVE Jul 29 2020 08:13:00      Ginny's,    c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
15027920       +EDI: IIC9.COM Jul 29 2020 08:13:00      I C System Inc,     Po Box 64378,
                 Saint Paul, MN 55164-0378
15027921        EDI: IRS.COM Jul 29 2020 08:13:00      Internal Revenue Service,     PO Box 21126,
                 Philadelphia, PA 19114
15027910        EDI: JPMORGANCHASE Jul 29 2020 08:13:00       Chase,    PO box 24696,    Columbus, OH 43224
15051681       +EDI: MID8.COM Jul 29 2020 08:13:00      Midland Funding LLC,     PO Box 2011,
                 Warren, MI 48090-2011
15027923       +E-mail/Text: eluna@nuvisionfederal.org Jul 29 2020 04:28:53       Nuvision Fcu,
                 7812 Edinger Ave,    Huntington Beach, CA 92647-3727
15030653        EDI: AGFINANCE.COM Jul 29 2020 08:13:00       ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
15027924       +EDI: AGFINANCE.COM Jul 29 2020 08:13:00       OneMain Financial,    Attn: Bankruptcy Department,
                 601 Nw 2nd St #300,    Evansville, IN 47708-1013
15027925        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 29 2020 04:28:38       PA Department of Revenue,
                 Department 280946,    Harrisburg, PA 17128-0946
15069384        EDI: PRA.COM Jul 29 2020 08:13:00      Portfolio Recovery Associates, LLC,     POB 12914,
                 Norfolk VA 23541
15039026        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 29 2020 04:28:38
                 Pennsylvania Department of Revenue,     Bankruptcy Division P O Box 280946,
                 Harrisburg PA 17128-0946
15030068        EDI: Q3G.COM Jul 29 2020 08:13:00      Quantum3 Group LLC as agent for,     MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
15028384       +EDI: RMSC.COM Jul 29 2020 08:13:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
15027928       +EDI: RMSC.COM Jul 29 2020 08:13:00      Synchrony Bank/ JC Penneys,     Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
15027929       +EDI: RMSC.COM Jul 29 2020 08:13:00      Synchrony Bank/Care Credit,     Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
```

```
District/off: 0315-2          User: jhel               Page 2 of 2             Date Rcvd: Jul 28, 2020
                              Form ID: 309             Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
15027930        +EDI: RMSC.COM Jul 29 2020 08:13:00      Synchrony Bank/Lowes,   Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
15027931        +EDI: RMSC.COM Jul 29 2020 08:13:00      Synchrony Bank/Sams,   Attn: Bankruptcy,   Po Box 965060,
                 Orlando, FL 32896-5060
15027932        +EDI: WTRRNBANK.COM Jul 29 2020 08:13:00      Target,   C/O Financial & Retail Srvs,
                 Mailstopn BT POB 9475,   Minneapolis, MN 55440-9475
15027933        +E-mail/Text: bankruptcydepartment@tsico.com Jul 29 2020 04:29:10      Transworld Systems, Inc,
                 PO box 15273,   Wilmington, DE 19850-5273
                                                                                               TOTAL: 31

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BAYVIEW LOAN SERVICING, LLC
cr              Bayview Loan Servicing, LLC
cr              PA Dept of Revenue
cr*            +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
15053959*      +Midland Funding LLC,   PO Box 2011,   Warren, MI 48090-2011
15059049*      +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
                                                                                      TOTALS: 3, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2020 at the address(es) listed below:
```
          Alexandra Teresa Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          Ann E. Swartz    on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          Corey J. Sacca    on behalf of Debtor Lisa A. Guido csacca@bononilaw.com,
           coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;
           3230706420@filings.docketbird.com
          James Warmbrodt     on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
          James Warmbrodt     on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          Jim Peavler     on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                               TOTAL: 9
```