**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> LISA A. GUIDO <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Respondents. | Case No.:19-21402 GLT <br><br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/04/2019 and confirmed on 06/20/2019 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 8,105.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 8,105.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,516.56 | |
| Trustee Fee | 381.71 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,898.27 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| BAYVIEW LOAN SERVICING LLC** <br> Acct: 8204 | 0.00 | 0.00 | 0.00 | 0.00 |
| NUVISION FEDERAL CREDIT UNION <br> Acct: 8202 | 14,550.00 | 3,394.89 | 811.84 | 4,206.73 |
| | | | | 4,206.73 |
| **Priority** | | | | |
| COREY J SACCA ESQ <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LISA A. GUIDO <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BONONI & COMPANY <br> Acct: | 4,000.00 | 3,516.56 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* <br> Acct: 1732 | 4,544.44 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* <br> Acct: 1732 | 3,411.79 | 0.00 | 0.00 | 0.00 |
| BONONI & COMPANY <br> Acct: | 4,500.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | | * * * N O N E * * * | | | |
| Unsecured | | | | | |
| | ALLEGHENY HEALTH NETWORK<br>Acct: 3535 | 0.00 | 0.00 | 0.00 | 0.00 |
| | AMERICAN EXPRESS NATIONAL BANK<br>Acct: 1002 | 3,963.95 | 0.00 | 0.00 | 0.00 |
| | AMERICAN EXPRESS NATIONAL BANK<br>Acct: 1008 | 1,069.96 | 0.00 | 0.00 | 0.00 |
| | MIDLAND FUNDING LLC<br>Acct: 2792 | 2,732.02 | 0.00 | 0.00 | 0.00 |
| | CAPITAL ONE BANK (USA) NA BY AMERIC<br>Acct: 5393 | 1,928.91 | 0.00 | 0.00 | 0.00 |
| | MIDLAND FUNDING LLC<br>Acct: 4389 | 2,520.26 | 0.00 | 0.00 | 0.00 |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 7276 | 387.20 | 0.00 | 0.00 | 0.00 |
| | CMS-EAST<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | COMENITY BANK<br>Acct: 6777 | 0.00 | 0.00 | 0.00 | 0.00 |
| | COMENITY BANK<br>Acct: 3075 | 0.00 | 0.00 | 0.00 | 0.00 |
| | COMENITY BANK<br>Acct: 8750 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DISCOVER BANK(*)<br>Acct: 6802 | 0.00 | 0.00 | 0.00 | 0.00 |
| | HARMAR VILLAGE CARE CNTR<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | IC SYSTEM INC<br>Acct: 6001 | 0.00 | 0.00 | 0.00 | 0.00 |
| | MCKESSON PATIENT CARE SOLUTIONS<br>Acct: 7475 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ONE MAIN FINANCIAL GROUP LLC A/S/F S<br>Acct: 9920 | 507.33 | 0.00 | 0.00 | 0.00 |
| | PHOENIX REHABILITATION HEALTH SERVIC<br>Acct: 8173 | 0.00 | 0.00 | 0.00 | 0.00 |
| | SIRIUS XM<br>Acct: 4086 | 0.00 | 0.00 | 0.00 | 0.00 |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU<br>Acct: 8165 | 523.06 | 0.00 | 0.00 | 0.00 |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU<br>Acct: 6788 | 854.67 | 0.00 | 0.00 | 0.00 |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU<br>Acct: 9433 | 277.94 | 0.00 | 0.00 | 0.00 |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU<br>Acct: 5857 | 1,304.68 | 0.00 | 0.00 | 0.00 |
| | TNB VISA<br>Acct: 2342 | 0.00 | 0.00 | 0.00 | 0.00 |
| | SYNCHRONY BANK<br>Acct: 7219 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ANN E SWARTZ ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | TRANSWORLD SYSTEMS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | UPMC HEALTH SERVICES<br>Acct: 9242 | 0.00 | 0.00 | 0.00 | 0.00 |
| | GEORGE GUIDO<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | PA DEPARTMENT OF REVENUE* | 152.75 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|    Acct: 1732 | | | | |
|     MIDLAND FUNDING LLC | 837.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 7219 | | | | |
|     S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|     FIGI'S COMPANIES INC | 54.96 | 0.00 | 0.00 | 0.00 |
|    Acct: 0D2M | | | | |
|     FIGI'S COMPANIES INC | 89.97 | 0.00 | 0.00 | 0.00 |
|    Acct: 0F2M | | | | |
|     GINNYS | 476.13 | 0.00 | 0.00 | 0.00 |
|    Acct: 4630 | | | | |
|     PEOPLES NATURAL GAS CO LLC* | 128.27 | 0.00 | 0.00 | 0.00 |
|    Acct: 5632 | | | | |
|     KML LAW GROUP PC (FORMERLY VIA JAM | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|     PORTFOLIO RECOVERY ASSOCIATES, LLC | 2,456.64 | 0.00 | 0.00 | 0.00 |
|    Acct: 5122 | | | | |
|     NUVISION FEDERAL CREDIT UNION | 2,743.20 | 0.00 | 0.00 | 0.00 |
|    Acct: 8202 | | | | |

*** N O N E ***

TOTAL PAID TO CREDITORS                                                                                                                4,206.73

TOTAL CLAIMED
PRIORITY              7,956.23
SECURED              14,550.00
UNSECURED          23.008.90

Date: 09/10/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com